# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | |
|---|---|
| GORDON MAILLET, individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>CENTENNIAL RESOURCE PRODUCTION, LLC,<br>    *Defendant*,<br><br>and<br><br>AES DRILLING FLUIDS HOLDINGS, LLC,<br>    *Intervenor*. | P:20-CV-00028-DC |

## ORDER APPROVING CONFIDENTIAL SETTLEMENT AGREEMENT

BEFORE THE COURT is Plaintiff Gordon Maillet's (Plaintiff) Motion for Approval of Confidential Settlement Agreement and Release. (Doc. 44). Plaintiff, Defendant Centennial Resource Production, LLC (Defendant), and Intervenor AES Drilling Fluids Holdings, LLC (Intervenor) have arrived at a settlement and request that the Court approve their Confidential Settlement Agreement and dismiss Intervenor as a party to this lawsuit.

The Court has reviewed the proposed Settlement Agreement and finds that the settlement of certain claims in this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 43-1).

Therefore, it is **ORDERED** that Plaintiff's Motion to Approve Settlement Agreement be **GRANTED**, and the Settlement Agreement is **APPROVED**. (Docs. 44, 43-1).

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that Intervenor is hereby **DISMISSED** from this action.

It is so **ORDERED**.

SIGNED this 5th day of October, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE